IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 19 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00871-BNB

ANDRE JESUS LOZANO,

    Plaintiff,

v.

CHAD CHADICK, Colorado Adult Parole Supervisor of Durango Office,
TERESA FLECK, Colorado Adult Parole Supervision Team Leader of Durango Office,
TINA BEEKMANN, Colorado Adult Parole Community Parole Officer Durango Office,
    and
COLORADO DEPARTMENT OF THE PAROLE BOARD, Colorado Springs Office,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Andre Jesus Lozano, initiated this action on April 4, 2011, by filing *pro se* a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In an April 8, 2011 Order, the Court directed him to cure a deficiency in § 1915 Motion and Affidavit within thirty days. Mr. Lozano resubmitted his § 1915 Motion and Affidavit and has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

The Court will construe the Complaint liberally because Mr. Lozano is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellman*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as an advocate for *pro se* litigants. *See Hall*, 935 F.2d at 1110. The Court has reviewed the Complaint and has determined that it is deficient. Mr. Lozano therefore will be directed to file an amended complaint for the reasons discussed below.

Plaintiff alleges in his Complaint that he was released from the Colorado Territorial Correctional Facility (CTCF) in Canôn City, Colorado, in October 2010. Mr. Lozano's parole officer, Defendant Beekmann, told Plaintiff during a November 2010 meeting that Plaintiff's DOC records reflected his sexual offender level at level 3, which meant that Plaintiff could not leave the State and would be required to undergo a sexual evaluation. Plaintiff alleges that Defendants Beekmann, Fleck, and Chadick forced him to sign a direct order to stop all communication with his son until he was determined not to be a sexual threat to minors. Mr. Lozano states that he was convicted of credit card fraud and parole violations and has never been convicted of a sex offense. However, when he was in the CTCF in 2006, he received a disciplinary conviction for sexual abuse based on the contents of a letter he wrote to an inmate at another prison facility. Plaintiff alleges that he underwent a sexual evaluation on March 16, 2011. The evaluation recommends that Mr. Lozano participate in sexual counseling therapy and follow the same guidelines a sex offender must follow pursuant to DOC policy. Plaintiff asserts that he is suing the Defendants for defamation, slander, and libel.

The Complaint is deficient because Mr. Lozano fails to assert a jurisdictional basis for his claims. A federal district court does not have subject matter jurisdiction over state law claims where both the plaintiff and the defendants are citizens of the same state. *See* 28 U.S.C. § 1332. Furthermore, Mr. Lozano fails to allege a basis to invoke federal jurisdiction pursuant to 28 U.S.C. § 1331.

In addition, the Complaint does not allege specific facts to show Defendant Anderson's involvement in the alleged unlawful conduct. In order to state a claim in federal court, Mr. Lozano "must explain what each defendant did to him or her; when

2

the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Plaintiff, Andre Jesus Lozano, file **within thirty (30) days from the date of this order,** an amended complaint that complies with the directives in this order. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Lozano, together with a copy of this order, two copies of the following form to be used in submitting the second amended complaint: Complaint. It is

FURTHER ORDERED that, if Mr. Lozano fails to file an amended complaint that complies with this order within the time allowed, the amended complaint and this action will be dismissed without further notice.

DATED May 19, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00871-BNB

Andre Jesus Lozano
26611 County Rd "R"
Dolores, CO 81323

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint form** to the above-named individuals on May 19, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk